IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania     :
                                :
            v.                 :       No. 1938 C.D. 2016
                                :
Alvin S. Kanofsky,                :
                 Appellant       :

# **O R D E R**

NOW, October 16, 2017, having considered appellant's application for reconsideration, the application is denied.

 

                                                   _____

                                                   MARY HANNAH LEAVITT,
                                                   President Judge